IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LURITA ANN JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) Civil Action No. 5:12-CV-187-C |

**ORDER**

Plaintiff is appealing an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on July 29, 2013. Neither party filed any objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the above-styled and -numbered cause is DISMISSED WITH PREJUDICE.

Dated this 20th day of August, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE